**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 1 5 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 9:18CR 29 /Keith Giblin/<br>Judge Ron Clark |
| MARIO ALBERTO ROMO | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One
Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute a Controlled Substance
("Actual" Methamphetamine))

From on or about sometime in 2017, the exact date being unknown to the Grand Jury, and continuing thereafter until May 23, 2018, in the Eastern District of Texas and elsewhere, **Mario Alberto Romo**, defendant, knowingly and intentionally, combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute fifty (50) grams or more of a Schedule II controlled substance, namely, "actual" methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 21 U.S.C. §§ 853

Upon conviction of the controlled substance offense alleged in Count One of this indictment, **Mario Alberto Romo**, defendant, shall forfeit to the United States pursuant

to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

## MONEY JUDGMENT

A sum of money equal to $10,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, Conspiracy to Possess with the Intent to Distribute a Schedule II Controlled Substance.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____       8-15-2018
PAUL A. HABLE                                   Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR |
| MARIO ALBERTO ROMO | § | Judge Ron Clark |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   **(Actual Methamphetamine)**
If 50 grams or more of actual methamphetamine - not less than 10 years or not more than life imprisonment, a fine not to exceed $10 million, or both - supervised release of at least 5 years, but not more than life;

If 5 grams or more, but less than 50 grams of actual methamphetamine - not less than 5 years and not more than 40 years imprisonment, a fine not to exceed $5 million, or both, and supervised release of at least 4 years, but not more than life;

If less than 5 grams of actual methamphetamine - not more than 20 years imprisonment, a fine not to exceed $1 million, or both, and supervised release of at least 3 years, but not more than life.

Special Assessment:   $100.00